# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | CASE NO. 8:04CR279 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| JERMAINE D. WILLIAMS, | ) | |
| Defendant. | ) | |

This matter is before the Court with respect to a potential reduction in sentence under 18 U.S.C. § 3582(c)(2). Defense counsel has been appointed and entered an appearance. The probation office has prepared a worksheet recommending a reduction. No motion for sentencing reduction has been filed.

IT IS ORDERED:

1. The parties must file a stipulation or separate briefs stating their positions on or before April 16, 2012; and

2. Absent any action by the parties, the Court will act on its own motion.

DATED this 15th day of March, 2012.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge